KEKER & VAN NEST LLP
STUART L. GASNER - # 164675
sgasner@kvn.com
AJAY S. KRISHNAN - # 222476
akrishnan@kvn.com
DAVID W. RIZK - # 284376
drizk@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415 391 5400
Facsimile:    415 397 7188

Attorneys for Defendant APUS GROUP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHEETAH MOBILE INC., CHEETAH MOBILE AMERICA, INC., CHEETAH TECHNOLOGY CORP. LTD.,<br><br>              Plaintiffs,<br><br>       v.<br><br>APUS GROUP,<br><br>              Defendant. | Case No. 3:15-cv-02363 HSG<br><br>**JOINT STIPULATION REGARDING DATE FOR RESPONSE TO THE COMPLAINT PURSUANT TO CIVIL L.R. 6-1(A)**<br><br>Dept.:    Courtroom 15, 18th Floor<br>Judge:    Hon. Haywood S Gilliam, Jr.<br><br>Date Filed: May 27, 2015<br><br>Trial Date: None Set |

---

JOINT STIPULATION REGARDING DATE FOR RESPONSE TO THE COMPLAINT PURSUANT TO
CIVIL L.R. 6-1(A)
Case No. 3:15-cv-02363 HSG

956159

Pursuant to N.D. Cal. Civil Local Rule 6-1(a), Plaintiffs Cheetah Mobile Inc., Cheetah Mobile America, Inc., Cheetah Technology Corp. Ltd. (collectively "Plaintiffs"), and Defendant APUS Group, hereby jointly stipulate as follows:

1. On May 27, 2015, Plaintiffs filed the Complaint in this Action;

2. Plaintiffs have agreed that Defendant shall have until August 1, 2015 to answer, move, or otherwise plead in response to the Complaint in this Action;

3. No right or defense of Defendant is prejudiced or waived by the submission of this Stipulation, including any defense under Federal Rule of Civil Procedure 12(b), and such defenses are expressly preserved;

4. No right or remedy of Plaintiffs is prejudiced or waived by the submission of this Stipulation; and,

5. Extension of the date by which Defendant shall answer, move, or otherwise plead in response to the Complaint in this Action will not alter the date of any event or deadline already fixed by Court order.

It is so STIPULATED and AGREED.

Dated: June 16, 2015            KEKER & VAN NEST LLP

                                By: /s/ *Ajay S. Krishnan*
                                    STUART L. GASNER
                                    AJAY S. KRISHNAN
                                    DAVID W. RIZK

                                Attorneys for Defendant APUS GROUP

| | | |
|---|---|---|
| 1 | Dated:  June 16, 2015 | WILMER CUTLER PICKERING HALE AND DORR LLP |

By: */s/ Keith Slenkovich*
Keith Slenkovich (CA Bar No. 129793)
keith.slenkovich@wilmerhale.com
Song Zhu (CA Bar No. 257608)
song.zhu@wilmerhale.com
950 Page Mill Road
Palo Alto, CA 94304
Tel. (650) 858-6000
Fax (650) 858-6100

Vinita Ferrera (pro hac vice motion to be filed)
vinita.ferrera@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel. (617) 526-6000
Fax (617) 526-5000

Attorneys for Plaintiffs Cheetah Mobile Inc., Cheetah Mobile America, Inc., and Cheetah Technology Corporation Limited

## CERTIFICATION OF CONCURRENCE FROM OTHER PARTIES

I, Ajay S. Krishnan,  attest that concurrence in the filing of this Stipulation has been obtained from undersigned Counsel for Plaintiffs, in compliance with N.D. Cal. L.R. 5-1(i)(3).

Dated:  June 16, 2015         */s/ Ajay S. Krishnan*
                              AJAY S. KRISHNAN

2
JOINT STIPULATION REGARDING DATE FOR RESPONSE TO THE COMPLAINT PURSUANT TO CIVIL L.R. 6-1(A)
Case No. 3:15-cv-02363 HSG

956159