1

2

3

4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6

7

CHEETAH MOBILE, INC., et al.,

Plaintiffs,

Case No.  15-cv-02363-HSG

8

v.

**ORDER GRANTING IN PART AND DENYING IN PART STIPULATION TO FILE EXCESS PAGES AND EXTEND BRIEFING SCHEDULE**

9

10

APUS GROUP,

Defendant.

Re: Dkt. No. 22

11

United States District Court
Northern District of California

12

13     The Court has reviewed the parties' joint stipulated request to file excess pages and extend

14   the briefing schedule in relation to Defendant's anticipated motion to dismiss.  Dkt. No. 22.  The

15   Court DENIES the parties' request to file excess pages and instead GRANTS leave to file excess

16   pages as follows: Defendant may file a motion to dismiss not exceeding 30 pages, exclusive of

17   supporting papers; Plaintiffs may file an opposition not exceeding 30 pages, exclusive of

18   supporting papers; and Defendant may file a reply not exceeding 25 pages, exclusive of supporting

19   papers.

20     The Court GRANTS the parties' request to extend the briefing schedule and adopts the

21   schedule as set forth in the joint stipulated request.  *See* Dkt. No. 22 at 1-2.

22     Finally, the Court VACATES the case management conference currently scheduled for

23   August 25, 2015.  The Court will reset the date for the case management conference following

24   resolution of the motion to dismiss.

25     **IT IS SO ORDERED.**

26   Dated: July 30, 2015

27

_____

HAYWOOD S. GILLIAM, JR.
United States District Judge

28