# EXHIBIT A

# REQUEST FOR SERVICE ABROAD
# OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965

| Identity and address of the applicant | Address of receiving authority |
|---|---|
| **Identity and Address of the applicant**<br>John Pierceall, Attorney<br>Ancillary Legal Corporation<br>74 Goldrush Circle<br>Atlanta, GA USA<br>30328<br>404-459-8006,  fax 404-459-0916<br>john.pierceall@ancillarylegal.com | **Address of the receiving authority**<br>Ministry of Justice<br>International Legal Cooperation Center (ILCC)<br>6, Chaoyangmen Nandajie<br>Chaoyang District<br>BEIJING<br>P.C. 100020<br>People's Republic of China<br>+86 (10) 6515 3113 |

The undersigned applicant has the honour to transmit – in duplicate – the documents listed below and, in conformity with Article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.

**APUS GROUP**
**No. 10 Wangjing Street, Wangjing Soho,**
**Tower 3, 42nd Floor, Area B**
**Chaoyang District, Beijing 100015**
**People's Republic of China**

( X ) (a) **in accordance with the provisions of sub-paragraph (a) of the first paragraph of Article 5 of the Convention.***

(  )(b)   in accordance with the following particular method (sub-paragraph *(b)* of the first paragraph of Article 5):*

(  )(c)   by delivery to the addressee, if the addressee accepts it voluntarily (second paragraph of Article 5)*

The authority is requested to return or to have returned to the applicant a copy of the documents and of the annexes  with a certificate as provided on the next page.

List of documents
**Summons, Civil Cover Sheet, Complaint and Demand for Jury Trial, Exhibits A-G, Plaintiff's Joint Disclosure Statement, Order Setting Initial Case Management Conference and ADR Deadlines, Report on the Filing or Determination of an Action on Appeal Regarding a Copyright, Report on the Filing or Determination of an Action Regarding a Patent or Trademark, Proof of Service by Cheetah Mobile Inc., Declination to Magistrate Judge Jurisdiction, Order Reassigning Case, Initial Case Management Conference, Standing Order for Civil Cases, Standing Order for All Judges-Contents of Joint Case Management Statement, and USDC NDCAL Consenting to the Jurisdiction of a Magistrate Judge**

Done at Atlanta GA, USA, on June 11, 2015

Signature and/or stamp

John Pierceall, Esq., Ancillary Legal Corporation,
74 Goldrush Circle, Atlanta, GA 30328 USA
404-459-8006, john.pierceall@ancillarylegal.com

## CERTIFICATE

The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,

1) that the document has been served

- the (date)

- at (place, street, number)

- in one of the following methods authorised by Article 5:

    ( ) (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of Article 5 of the Convention.*

    ( ) (b) in accordance with the following particular method:*

    ( ) (c) by delivery to the addressee, who accepted it voluntarily.*

The documents referred to in the request have been delivered to:

- (identity and description of person)

- relationship to the addressee (family, business or other):

2) that the document has not been served, by reason of the following facts:

In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement.

--ANNEXES-Documents returned:

In appropriate cases, documents establishing the service:

Done at                                          the

Signature and/or stamp

## SUMMARY OF THE DOCUMENT TO BE SERVED

Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters,
signed at The Hague, the 15th of November 1965
(Article 5, fourth paragraph)
Identité et adresse du destinataire / *Identity and address of the addressee* /

**APUS GROUP**
**No. 10 Wangjing Street, Wangjing Soho,**
**Tower 3, 42nd Floor, Area B**
**Chaoyang District, Beijing 100015**
**People's Republic of China**

### IMPORTANT

LE DOCUMENT CI-JOINT EST DE NATURE JURIDIQUE ET PEUT AFFECTER VOS DROITS ET OBLIGATIONS. LES ((ELEMENTS ESSENTIELS DE L'ACTB> VOUS DONNENT QUELQUES INFORMATIONS SUR SA NATURE ET SON OBJET. IL EST TOUTEFOIS INDISPENSABLE DE LIRE
ATTENTIVEMENT LE TEXTE MEME DU DOCUMENT. IL PEUT ETRE NECESSAIRE DE DEMANDER UN
AVIS JURIDIQUE.

SI VOS RESSOURCES SONT INSUFFISANTES, RENSEIGNEZ-VOUS SUR LA POSSIBILITE D'OBTENIR
L'ASSISTANCE JUDICIAIRE ET LA CONSULTATION JURIDIQUE SOIT DANS VOTRE PAYS SOIT DANS
LE PAYS D'ORIGINE DU DOCUMENT.

LES DEMANDES DE RENSEIGNEMENTS SUR LES POSSIBILITES D'OBTENIR L'ASSISTANCE JUDICIAIRE OU LA CONSULTATION JURIDIQUE DANS LE PAYS D'ORIGINE PEUVENT ETRE ADRESSEES A:

### *IMPORTANT*

*THE ENCLOSED DOCUMENT IS OF A LEGAL NATURE AND MAY AFFECT YOUR RIGHTS AND OBLIGATIONS. THE 'SUMMARY OF THE DOCUMENT TO BE SERVED' WILL GIVE YOU SOME INFORMATION ABOUT ITS NATURE AND PURPOSE. YOU SHOULD HOWEVER READ THE DOCUMENT ITSELF CAREFULLY. IT MAY BE NECESSARY TO SEEK LEGAL ADVICE.*

*IF YOUR FINANCIAL RESOURCES ARE INSUFFICIENT YOU SHOULD SEEK INFORMATION ON THE POSSIBILITY OF OBTAINING LEGAL AID OR ADVICE EITHER IN THE COUNTRY WHERE YOU LIVE OR
IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED.*

ENQUIRIES ABOUT THE AVAILABILITY OF LEGAL AID OR ADVICE IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED MAY BE DIRECTED TO the Court or the Clerk of Court.
Il est recommandé que les mentions imprimées dans cette note solent redigees en langue française et en langue anglaise et le cas échéant, en outre, dans Ia langue ou l'une des langues officielles de l'Etat d'origine de l'acte. Les blancs pourraient être remplis soit dans Ia langue de l'Etat où le document doit être adressé, soit en langue française, soit en langue anglaise.

*It is recommended that the standard terms in the notice be written in English and French and where appropriate also in the official language, or one of the official languages of the State in which the document originated. The blanks could be completed either/n the language of the State to which the documents is to be sent, or in English or French.*

Name and address of the requesting authority:
John Pierceall, Attorney, Ancillary Legal Corporation, 74 Goldrush Circle, Atlanta, GA USA 30328

Particulars of the parties:
Cheetah Mobile, Inc. et al., Plaintiffs by Attorneys Keith Slenkovich and Song Zhu, Wilmer Cutler Pickering Hale and Dorr, LLP, 950 Page Mill Road, Palo Alto, California 94304 USA vs. APUS GROUP, No. 10 Wangjing Street, Wangjing Soho,, Tower 3, 42nd Floor, Area B, Chaoyang District, Beijing 100015 People's Republic of China
Case filed in the United States District Court for the Northern District of California;
Case number C 15-2363-KAW

## JUDICIAL DOCUMENT

Nature and purpose of the document:
**Commence a Civil Lawsuit**

Nature and purpose of the proceeding and, where appropriate, the amount in dispute:
Plaintiff demands for a trial by jury, and seeks the following relief: entry of judgment for plaintiff on each of its claims; an order and judgment enjoining APUS and its officers, directors, agents, servants, employees, affiliates, attorneys, and all others acting in concert with them from unauthorized use, display, mutilation, and distribution of plaintiff's copyright; directly or indirectly diluting plaintiff's federally-registered trademarks; directly or indirectly publishing and disseminating false and defamatory information about plaintiff's business and its products, false advertising, and/or engaging in unfair business acts, practices and/or conduct against plaintiff; and wrongfully interfering with any prospective economic relationships plaintiff has with its users, advertising and business partners; and, at defendant's own expense, retraction and correction of all false, misleading, and defamatory information of plaintiff and its products in the same prominent and persistent manner as defendant's original publication and dissemination of such information; an award of actual, compensatory, special, consequential, or statutory damages sustained by plaintiff as a result of defendant's infringement and misconduct, and/or an accounting of defendant's profits that are attributable to the infringement and misconduct; an award of general damages for injury to reputation and goodwill plaintiff has sustained as a result of defendant's infringement and misconduct; a judgment trebling any damages award, in light of defendant's willful copyright infringement and misconduct; punitive or exemplary damages; restitution of any and all lost profits as a result of defendant's unlawful, unfair, and fraudulent actions; pre- and post-judgment interest on any past damages; costs of suit and reasonable attorneys' fees; and any and all other legal and equitable relief as may be available under law and which the Court may deem just and proper

Date and place for entering appearance:
You must file an answer to the complaint in this action with the Court at 1301 Clay Street, Oakland, California 94612 USA and serve a copy of your answer on the plaintiff's attorneys Keith Slenkovich and Song Zhu at 950 Page Mill Road, Palo Alto, California 94304 USA within 21 days after service of the documents, not including the day you received them

Time limits stated in the document:
You must file an answer with the Court and serve a copy on the plaintiff's attorneys within 21 days after receiving the documents, not including the day you received them

EXTRAJUDICIAL DOCUMENT --

Nature and purpose of the document:

Time limits stated in the document: --