1  Keith Slenkovich (CA Bar No. 129793)
   keith.slenkovich@wilmerhale.com
2  WILMER CUTLER PICKERING HALE AND DORR LLP
   950 Page Mill Road
3  Palo Alto, CA 94304
   Tel. (650) 858-6000
4  Fax (650) 858-6100

5  Vinita Ferrera (pro hac vice motion to be filed)
   vinita.ferrera@wilmerhale.com
6  WILMER CUTLER PICKERING HALE AND DORR LLP
   60 State Street
7  Boston, MA 02109
   Tel. (617) 526-6000
8  Fax (617) 526-5000

9  *Attorneys for Plaintiffs Cheetah Mobile Inc.,*
   *Cheetah Mobile America, Inc., and*
10 *Cheetah Technology Corporation Limited*

11

12                UNITED STATES DISTRICT COURT

13              NORTHERN DISTRICT OF CALIFORNIA

14 CHEETAH MOBILE INC.,                  Case No. 3:15-cv-02363 HSG

15 CHEETAH MOBILE AMERICA, INC.,

16 CHEETAH TECHNOLOGY CORPORATION        **JOINT STATEMENT**
   LIMITED                              **REGARDING STATUS OF**
17                                       **SERVICE AND STIPULATION**
                          Plaintiffs,    **REGARDING BRIEFING AND**
18                                       **HEARING DATES FOR**
            vs.                          **PARTIES' MOTIONS**
19
   APUS GROUP,
20
                          Defendant.
21

22

23         The parties submit this joint filing for two reasons.  First, pursuant to the October 21,

24  2015 order (Dkt. 57), Plaintiffs Cheetah Mobile Inc., Cheetah Mobile America, and Cheetah

25  Technology Corporation Limited ("Cheetah Mobile") and Defendant APUS Group ("APUS")

26  jointly submit this statement regarding the status of service of the Complaint, Summons, and

27  other required papers on APUS in the above-captioned action.

28

Second, Cheetah Mobile has filed a Motion to Serve Defendant by Alternative Means (Dkt. 58-63) and APUS intends to file a Cross-Motion to Dismiss for Lack of Service.  The parties propose below a stipulated briefing schedule for those two motions.  Relatedly, the Court has currently scheduled a 2:00 p.m. hearing on March 31, 2016 for a "further hearing on Defendant's motion to dismiss [Dkt. 24]."  *See* Dkt. 57 at 2-3.  The parties jointly request that this March 31 hearing instead be used to address the parties' motions relating to service, and that the Court and parties address at that time whether and when to conduct any "further hearing on Defendant's motion to dismiss [Dkt. 24]."  This request is also addressed in the below proposed stipulated schedule.

## I.      STATUS OF SERVICE ON APUS

The Court's October 21, 2015 Order Quashing Service and Granting Stipulation states:

> The Court QUASHES service and EXTENDS Plaintiffs' deadline to properly effectuate service to February 15, 2016. Within five days of the date service is completed or the deadline to complete service, whichever comes first, the parties shall file a joint statement notifying the Court of the status of service. Additionally, the Court GRANTS the parties' stipulation [Dkt. 56] and sets a further hearing on Defendant's motion to dismiss on March 31, 2016 at 2:00 p.m. in Courtroom 15, 18th Floor, 450 Golden Gate Avenue, San Francisco.  The parties shall meet and confer and file supplemental briefs in accordance with the schedule laid out in their stipulation.

(Dkt. 57 at 2-3.)

While Cheetah Mobile has taken efforts to serve APUS in China via the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, 20 U.S.T. 361, T.I.A.S. No. 6638 (1969) ("Hague Convention"), those efforts have not to date been successful.  On December 15, 2015, Cheetah Mobile received a formal Certificate of Non-Service from the Chinese Ministry of Justice dated November 16, 2015, confirming that the Chinese Central Authority had attempted but failed to effect service on APUS.

Since then counsel for the parties conferred but were unable to agree on an alternative method of service on APUS.  Cheetah Mobile's position as to those efforts is stated in its Motion to Serve Defendant by Alternative Means (Dkt. 58-63).  APUS will state its position in its opposition and Cross-Motion to Dismiss for Lack of Service, which will be filed pursuant to the below schedule, subject to Court approval.

## II.   PROPOSED SCHEDULING

Beginning February 11, 2016, counsel for the parties have conferred regarding the briefing and hearing schedules for Cheetah Mobile's motion (Dkt. 63), APUS' anticipated motion to dismiss for lack of service, and APUS' pending motion to dismiss (Dkt. 24).  As a result of these efforts, the parties have agreed to the following schedule to accommodate the current motion activity, if it is acceptable to the Court.  In light of the current motion practice regarding the service issue, it would not make sense for the Court and the parties to address APUS' previously filed Motion to Dismiss (Dkt. 24)—which addresses personal jurisdiction, forum non conveniens, and Rule 12(b)(6) issues—until after service is resolved.

Pursuant to Civil Local Rule 6-2, the parties to this action respectfully submit the following Joint Stipulation regarding Briefing and Hearing Dates for Parties' Motions.  The proposed schedule would keep the currently calendared March 31, 2016 hearing date to address the motions regarding service, and would allow the parties and the Court to address at that time whether and when to conduct a hearing on APUS' previously filed Motion to Dismiss (Dkt. 24).

| February 25, 2016 | APUS files its opposition to Cheetah Mobile's motion and new cross-motion to dismiss for failure to serve. |
| March 14, 2016 | Cheetah Mobile files its reply and opposition to APUS' new cross-motion to dismiss |
| March 21, 2016 | APUS files its reply for its new cross-motion to dismiss |
| March 31, 2016 | Consolidated hearing on service motions; case management conference to address timing for any remaining pending motions |

Respectfully submitted,

1   Dated: February 19, 2016        WILMER CUTLER PICKERING HALE AND DORR LLP

2

3                                   By: */s/ Keith Slenkovich*
                                        Keith Slenkovich (CA Bar No. 129793)
4                                       keith.slenkovich@wilmerhale.com
                                        WILMER CUTLER PICKERING HALE AND DORR LLP
5                                       950 Page Mill Road
                                        Palo Alto, CA 94304
6                                       Tel. (650) 858-6000
                                        Fax (650) 858-6100
7

8                                       Vinita Ferrera (pro hac vice motion to be filed)
                                        vinita.ferrera@wilmerhale.com
9                                       WILMER CUTLER PICKERING HALE AND DORR LLP
                                        60 State Street
10                                      Boston, MA 02109
                                        Tel. (617) 526-6000
11                                      Fax (617) 526-5000

12                                      *Attorneys for Plaintiffs Cheetah Mobile Inc., Cheetah Mobile*
                                        *America, Inc., and Cheetah Technology Corporation Limited*
13

14  Dated: February 19, 2016        KEKER & VAN NEST LLP

15                                  By: */s/Ajay S. Krishnan*
                                        Stuart L. Gasner
16                                      Sgasner@kvn.com
                                        Ajay S. Krishnan
17                                      Akrishnan@kvn.com
                                        David W. Rizk
18                                      Drizk@kvn.com
                                        KEKER & VAN NEST LLP
19                                      633 Battery Street
                                        San Francisco, CA 94111-1809
20                                      Tel. (415) 391-5400
                                        Fax: (415) 397-7188
21

22

23          Pursuant to Civil Local Rule 5-1(i)(3), counsel for Plaintiffs has obtained the

24  concurrence of Defendant's counsel in the filing of this Joint Statement and Stipulation.

25

26

27  Dated:                                        */s/  Keith Slenkovich*
                                                  Keith Slenkovich
28

---

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: <u>February 19, 2016</u>

The Honorable Haywood S. Gilliam, Jr.